

# NUMBER 13-21-00285-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

UBALDO POZOS CERVANTES                                        Appellant,

v.

ADALGISA MUNOZ POZOS,                                        Appellee.

---

## On appeal from the 93rd District Court
## of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Tijerina

On September 3, 2021, appellant filed a notice of appeal. On September 7, 2021, the Clerk of the Court notified appellant it appears there is no final, appealable order and that if the defect is not cured within ten days, the appeal will be dismissed. On September 29, 2021, the Clerk of the Court again notified appellant that it appears the Court does not have jurisdiction and that the filing fee was past due.

Appellant has neither paid the fee, filed a docketing statement, nor otherwise responded to the Court's notices. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b),(c).

JAIME TIJERINA
Justice

Delivered and filed on the
28th day of October, 2021.

2